# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2959
Lower Tribunal No. CF09-000167-XX

_____

ROOPESH SUKHRAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Donald G. Jacobsen, Judge.

April 30, 2024

PER CURIAM.

AFFIRMED.

STARGEL and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.


Roopesh Sukhram, Jasper, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED